# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145971 & (15)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                SC: 145971
                                                COA: 311012

ANTHONY TONY HOWZE, a/k/a
ANTHONY TONY SPYDELL,
      Defendant-Appellant.
                                                Wayne CC: 11-003252-FC

_____/

      By order of January 25, 2013, the prosecuting attorney was directed to answer the application for leave to appeal the August 14, 2012 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013                                        _____

h0325                                               Clerk